IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA SCOTT, *et al.*, *Plaintiffs* : | CIVIL ACTION |
| v. : | |
| : | No. 19-5559 |
| STATE FARM FIRE AND CASUALTY COMPANY : | |
| *Defendant* : | |

**ORDER**

AND NOW, this 28th day of May, 2020, upon consideration of Defendant's Motion to Dismiss (Doc. No. 10), and Plaintiffs' opposition (Doc. No. 11), it is **ORDERED** that the Motion to Dismiss (Doc. No. 10) is **DENIED.**

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE